# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| DEWAYNE LEWIS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI JESUP,<br><br>Respondent. | 2:25-cv-111 |

**ORDER**

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's converted Motion for Summary Judgment and to dismiss Petitioner Dewayne Lewis's ("Lewis") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 22. Lewis did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Respondent's converted Motion for Summary Judgment, **DISMISS** Lewis's § 2241 Petition, dkt. nos. 1, 12, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the

appropriate judgment of dismissal, and **DENY** Lewis *in forma pauperis* status on appeal.

**SO ORDERED**, this 15 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA